IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM W VANNAME, JR.,

    Plaintiff,

v.                                      CASE NO. 5:13-cv-93-SPM-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On June 17, 2013, the undersigned ordered Plaintiff to submit three copies of the second amended complaint for service on or before July 17, 2013. Doc. 15. Plaintiff failed to comply. A review of the Department of Corrections' inmate locator reflects that Plaintiff was released from confinement on July 28, 2013. Plaintiff has failed to provide the Court with his current address. On August 7, 2013, the undersigned ordered Plaintiff to show cause on or before August 27, 2013, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. Plaintiff was warned of the consequences of dismissal with respect to the statute of limitations governing an appeal from the denial of Social Security benefits. Doc. 18. As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute**.**

IN CHAMBERS this 10th day of September 2013.

                                              *s/ Gary R. Jones*
                                              GARY R. JONES
                                              United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**